### LEROY HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Leroy Harris' petition for certification for appeal from the Appellate Court, 126 Conn. App. 453 (AC 30989), is denied.

*David J. Reich,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* senior assistant state's attorney, in opposition.

Decided April 6, 2011

### JAMES DEPIETRO *v.* DEPARTMENT OF PUBLIC SAFETY*

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 414 (AC 31484), is granted, limited to the following issue:

"Did the Appellate Court properly determine that General Statutes § 29-178 did not allow the plaintiff to bring a direct action against the state in Superior Court?"

The Supreme Court docket number is SC 18768.

*A. Paul Spinella,* in support of the petition.

*Ronald D. Williams, Jr.,* in opposition.

Decided April 6, 2011

---

* The appeal was withdrawn June 26, 2012.